FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 12  PM 4: 26

LORETTA G. WHYTE
           CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOSEPH SIMMONS | CIVIL ACTION |
| VERSUS | NO. 06-3720 |
| JUDGE MARY "KK" NORMANE | SECTION "F" (2) |

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B).

New Orleans, Louisiana, this 12th day of Sept, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No.____